Marlon REYES, Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE, Respondent.

No. 01–71937.
INS No. A71–916–027.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 17, 2003.

Decided Feb. 24, 2003.

Before FRIEDMAN,* KOZINSKI and RAWLINSON, Circuit Judges.

* The Honorable Daniel M. Friedman, Senior United States Circuit Judge for the Federal Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM**

Reyes' conviction under California Penal Code § 32, *"relating to* obstruction of justice," was an aggravated felony. 8 U.S.C. § 1101(a)(43)(S) (emphasis added); *cf.* U.S. Sentencing Guidelines Manual § 3C1.1; *In re Batista–Hernandez,* 21 I. & N. Dec. 955, 961 (B.I.A.1997). We lack jurisdiction to review a "final order of removal against an alien who is removable by reason of having committed [an aggravated felony]." *Ye v. I.N.S.,* 214 F.3d 1128, 1131 (9th Cir.2000).

PETITION DISMISSED.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

